ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    -v-                                :   NOTICE OF INTENT TO
                                           <u>FILE AN INFORMATION</u>
CHANDLER S. MOISEN,                :
also known as "Stuart Moisen,"         **06 CRIM 1177**

           Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that the United States Attorney's Office will file a Felony Information, upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           December 8, 2006

                              MICHAEL J. GARCIA
                              United States Attorney

                By:   _/s/_____
                      Stanley J. Okula, Jr.
                      Assistant U.S. Attorney

                AGREED AND CONSENTED TO:

                By:_____
                Thomas H. Bienert, Jr., Esq.
                Attorney for Chandler S. Moisen

12/8/06  WHEEL A