# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA  :

v.  :

CHANDLER S. MOISEN,  :    No.: 06 CR.
also known as "Stuart Moisen,"

    Defendant.  :

    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

06 CRIM 1177

CHANDLER S. MOISEN, also known as "Stuart Moisen," the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 1343, having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CHANDLER S. MOISEN — Defendant.

_____
Thomas Bienert, Jr., Esq.
Counsel for Defendant.

Date:  New York, New York
       December    , 2006

_____
Witness